# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:06cv350

| | |
|---|---|
| CHASE STUART WALKER, ) <br> ) <br> Plaintiff, ) <br> ) <br> Vs. ) <br> ) <br> CHARLES R. ("Chuck") WHITE; ) <br> SPRAYLESS SCRATCH REPAIR; ) <br> MAGIC AUTO TOUCH UP, INC. ) <br> individually and d/b/a Sprayless ) <br> Scratch Repair, Sprayless Scratch ) <br> Repair, Inc. and Mobile Recon; MAGIC ) <br> AUTO TOUCH UP, individually and ) <br> d/b/a Sprayless Scratch Repair, ) <br> Sprayless Scratch Repair, Inc. and ) <br> Mobile Recon and SPRAYLESS ) <br> SCRATCH REPAIR, INC., ) <br> ) <br> Defendants. ) <br> _____ ) | ORDER |

**THIS MATTER** is before the court on the court's own Order setting this matter for an interim pretrial conference and hearing, and upon oral motions made during a hearing on January 31, 2008. Based on such conferences and hearings, and with approval of the district court, the undersigned enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that:

(1) plaintiff is allowed up to and inclusive of February 1, 2008, to file a Motion to Compel defendants to answer or otherwise respond to

previously served discovery, with no briefs being required or allowed;

(2) if plaintiff files a Motion to Compel, oral arguments will be heard February 6, 2008, at 9 a.m. in Courtroom #2, at which case law may be presented;

(3) the discovery deadline is enlarged up to and inclusive of April 1, 2008;

(4) the mediation deadline is enlarged up to and inclusive of April 15, 2008;

(5) the dispositive motions deadline is enlarged up to and inclusive May 1, 2008; and

(6) trial is rescheduled for the first term beginning on or after September 1, 2008.

Counsel are advised that all terms of the Pretrial Order not inconsistent with this Order remain in effect, including the requirement of certification of mediation

Signed: January 31, 2008

*Dennis L. Howell*
Dennis L. Howell
United States Magistrate Judge