IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:06cv350

| | |
|---|---|
| CHASE STUART WALKER, )<br>)<br>Plaintiff, )<br>)<br>Vs. )<br>)<br>CHARLES R. ("Chuck") WHITE; )<br>SPRAYLESS SCRATCH REPAIR; )<br>MAGIC AUTO TOUCH UP, INC. )<br>individually and d/b/a Sprayless )<br>Scratch Repair, Sprayless Scratch )<br>Repair, Inc. and Mobile Recon; MAGIC )<br>AUTO TOUCH UP, individually and )<br>d/b/a Sprayless Scratch Repair, )<br>Sprayless Scratch Repair, Inc. and )<br>Mobile Recon and SPRAYLESS )<br>SCRATCH REPAIR, INC., )<br>)<br>Defendants. )<br>_____ ) | ORDER |

**THIS MATTER** is before the court on plaintiff's Motion to Determine Reasonable Costs and to Apportion them Among the Parties. Counsel for plaintiff is advised that, in accordance with this court's earlier Order, plaintiff is responsible for payment "within 30 days" of the costs of the blanket production of the six years of business records he demanded be produced. The court cannot find on the record before it that a bill of $9,798.02 is unreasonable for the production of some 52,000 pages of discovery. While plaintiff attempts to argue that defendants unnecessarily ran up costs by producing documents that were not relevant to this litigation, this is precisely the type of discovery one may expect to receive when one fails to narrowly

-1-

tailor their discovery request in time and scope, but instead demands all business records for an extensive period of time. In its motion, plaintiff has pointed to only one document - - the 23 year old air conditioner bill - - that is not a business record from the time period compelled. Plaintiff may deduct from the bill 20 cents for each page that is not a business record from the time period compelled providing that counsel itemize such deduction by giving reference to the Bates stamp number. Having considered plaintiff's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that plaintiff's Motion to Determine Reasonable Costs and to Apportion them Among the Parties (#51) is **DENIED,** and plaintiff shall pay defendants' proffered invoice, less any deduction as provided for above, not later than 5p.m. on Friday April 18, 2008.

Signed: April 15, 2008

Dennis L. Howell
United States Magistrate Judge