IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:06CV350

| | | |
|---|---|---|
| CHASE STUART WALKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | **O R D E R** |
| | ) | |
| CHARLES R. ("Chuck") WHITE; | ) | |
| SPRAYLESS SCRATCH REPAIR; | ) | |
| MAGIC AUTO TOUCH UP, INC., | ) | |
| individually and d/b/a Sprayless | ) | |
| Scratch Repair, Sprayless Scratch | ) | |
| Repair, Inc. and Mobile Recon; | ) | |
| MAGIC AUTO TOUCH UP, | ) | |
| individually and d/b/a Sprayless | ) | |
| Scratch Repair, Sprayless Scratch | ) | |
| Repair, Inc. and Mobile Recon; | ) | |
| SPRAYLESS SCRATCH REPAIR, | ) | |
| INC.; and CPBBC, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**THIS MATTER** is before the Court *sua sponte* to continue the trial from the September 2008 term in the Asheville Division.

A review of the docket record shows that Plaintiff's motion to amend the complaint was granted and a new Defendant, CPBBC, Inc., was added. **Amended Complaint, filed June 24, 2008.** Plaintiff alleged that it was

determined during discovery that CPBBC, Inc., has received and is holding "funds belonging to the SSR business, which is the subject of this lawsuit." **Plaintiff's Motion to Amend Complaint, filed May 12, 2008, at 1-2.** CPBBC, Inc., has now filed a motion to dismiss challenging, *inter alia*, this Court's jurisdiction. *See* **Defendant CPBBC, Inc.'s Motion to Dismiss, filed July 29, 2008.** It is unlikely this motion will be ripe for resolution before the parties begin trial preparations. Additionally, if the Defendant's motion is denied, a September trial date would deny CPBBC any opportunity to conduct discovery, if such is determined to be necessary. Therefore, in the interest of judicial economy and fairness, the trial will be continued from the September 2008 term.

**IT IS, THEREFORE, ORDERED** that this matter is hereby **CONTINUED** to the Court's November 2008 term in the Asheville Division.

Signed: August 6, 2008

Lacy H. Thornburg
United States District Judge