# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION

## CIVIL NO.  1:06CV350

| | | |
|---|---|---|
| **CHASE STUART WALKER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **Vs.** | ) | **O R D E R** |
| | ) | |
| **CHARLES R. ("Chuck") WHITE;** | ) | |
| **SPRAYLESS SCRATCH REPAIR;** | ) | |
| **MAGIC AUTO TOUCH UP, INC.,** | ) | |
| **individually and d/b/a Sprayless** | ) | |
| **Scratch Repair, Sprayless Scratch** | ) | |
| **Repair, Inc. and Mobile Recon;** | ) | |
| **MAGIC AUTO TOUCH UP,** | ) | |
| **individually and d/b/a Sprayless** | ) | |
| **Scratch Repair, Sprayless Scratch** | ) | |
| **Repair, Inc. and Mobile Recon;** | ) | |
| **SPRAYLESS SCRATCH REPAIR,** | ) | |
| **INC.; and CPBBC, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER** is before the Court *sua sponte* to continue the trial

from the November 2008 term in the Asheville Division.

The motion of Defendant CPBBC, Inc., to dismiss has been taken

under advisement and the Court will not complete its review of this motion

in time for the parties to adequately prepare for trial for the November 3,

2008, trial term. Therefore, in the interest of fairness, the trial will be continued from the November 2008 term.

**IT IS, THEREFORE, ORDERED** that this matter is hereby **CONTINUED** to the Court's January 2009 term in the Asheville Division.

Signed: October 14, 2008

Lacy H. Thornburg
United States District Judge