IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:06CV350

| | | |
|---|---|---|
| CHASE STUART WALKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | O R D E R |
| | ) | |
| CHARLES R. ("Chuck) WHITE; | ) | |
| SPRAYLESS SCRATCH REPAIR, | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**THIS MATTER** is before the Court *sua sponte* to continue the trial from the January 2009 term in the Asheville Division.

The Court has under advisement the motion of Defendant CPBBC, Inc., to dismiss and the objections to the Magistrate Judge's Memorandum and Recommendations with regard to that motion. The Court will not complete its review of these issues in time for the parties to adequately prepare for trial for the January 2009 term.

**IT IS, THEREFORE, ORDERED** that this case is continued from the Court's January 2009 term in the Asheville Division.

**IT IS FURTHER ORDERED** that the Clerk not return this case to the active trial docket until directed by the Court.

Signed: December 11, 2008

Lacy H. Thornburg
United States District Judge