# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:06 cv 350

| | | |
|---|---|---|
| CHASE STUART WALKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| CHARLES R. ("Chuck") WHITE; | ) | |
| SPRAYLESS SCRATCH REPAIR; | ) | |
| MAGIC AUTO TOUCH UP, INC., | ) | |
| individually and d/b/a Sprayless Scratch | ) | |
| Repair, Inc. and Mobile Recon; MAGIC | ) | |
| AUTO TOUCH UP, individually and | ) | |
| d/b/a Sprayless Scratch Repair, Sprayless | ) | |
| Scratch Repair, Inc. and Mobile Recon; | ) | |
| SPRAYLESS SCRATCH REPAIR, INC.; | ) | |
| CPBBC, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**THIS MATTER** is on before the undersigned pursuant to a "Joint Request For Amended Pretrial Order and Case Management Plan" (#90) which the undersigned has considered as a motion. Based upon a review of the pleadings in this matter, the undersigned has determined to allow the motion as set forth in an Amended Pretrial Order which is being entered herewith.

## ORDER

**IT IS, THEREFORE, ORDERED** that the "Joint Request for Amended Pretrial Order and Case Management Plan (#90) considered by the court as a motion is hereby **ALLOWED** and the Amended Pretrial Order and Case Management Plan has been entered by the court on this date.

Signed: April 6, 2009

Dennis L. Howell
United States Magistrate Judge