# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:06-CV-350-GCM

| | |
|---|---|
| CHASE STUART WALKER, )<br>        Plaintiff, )<br>v. )<br>)<br>CHARLES R. WHITE, )<br>        Defendant. )<br>) | **ORDER** |

**THIS MATTER** is before the court on its own motion. The trial in this matter is hereby re-scheduled for **March 22, 2010 at 10:00 a.m..**

**SO ORDERED**.

Signed: October 8, 2009

Graham C. Mullen
United States District Judge