IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
1:06-CV-350-GCM

| | |
|---|---|
| CHASE STUART WALKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| CHARLES R. ("Chuck") WHITE; ) | |
| SPRAYLESS SCRATCH REPAIR; ) | |
| MAGIC AUTO TOUCH UP, INC.; ) | |
| individually and d/b/a Sprayless Scratch ) | |
| Repair, Inc. and Mobile Recon; MAGIC ) | |
| AUTO TOUCH UP, individually and ) | |
| d/b/a Sprayless Scratch Repair, Sprayless ) | |
| Scratch Repair, Inc. And Mobile Recon; ) | |
| SPRAYLESS SCRATCH REPAIR, INC.;) | |
| and CPBBC, INC., ) | |
| ) | |
| ) | |
| Defendants. ) | |
| _____) | |

This matter is before the Court upon the memorandum and recommendation of United States Magistrate Judge Dennis L. Howell, filed November 30, 2009. The parties were advised that pursuant to 28 U.S.C. § 636(b)(1)(C), written objections to the memorandum and recommendation must be filed within 14 days after service of the memorandum. Defendant CPBBC. Inc., filed an objection on December 15, 2009 and the remaining Defendants filed an objection on December 16, 2009. Plaintiff filed a reply to the objections on January 4, 2010.

After an independent and thorough review of the Magistrate's memorandum, Defendants' objections thereto, and a <u>de novo</u> review of the record, the Court concludes that the recommendations to deny Defendants' Motions for Summary Judgment is correct and in

accordance with law. Accordingly, the findings and conclusions of the Magistrate are accepted.

IT IS THEREFORE ORDERED that the memorandum and recommendation of the magistrate is hereby AFFIRMED.

Signed: March 5, 2010

Graham C. Mullen
United States District Judge