IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 1:06-CV-350

| | | |
|---|---|---|
| CHASE STUART WALKER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CHARLES R. WHITE, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**THIS MATTER** is before the Court upon its own motion pursuant to a scheduling conference held by telephone on March 31, 2010. The matter is hereby set for trial for the June 21, 2010 term at 10:00 AM in Courtroom 1, 100 Otis St., Asheville, NC 28801.

SO ORDERED.

Signed: March 31, 2010

Graham C. Mullen
United States District Judge