IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:06-CV-350

FILED
ASHEVILLE, N.C.

NOV -9 2010

U.S. DISTRICT COURT
W. DIST. OF N.C.

| | |
|---|---|
| CHASE STUART WALKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT BY CONSENT** |
| ) | |
| CHARLES R. ("Chuck") WHITE; ) | |
| SPRAYLESS SCRATCH REPAIR; ) | |
| MAGIC AUTO TOUCH UP, INC. ) | |
| Individually and d/b/a Sprayless Scratch ) | |
| Repair, Sprayless Scratch Repair, Inc. and ) | |
| Mobile Recon; MAGIC AUTO TOUCH ) | |
| UP, individually and d/b/a Sprayless Scratch ) | |
| Repair, Sprayless Scratch Repair, Inc. and ) | |
| Mobile Recon and SPRAYLESS ) | |
| SCRATCH REPAIR, INC.; ) | |
| CPBBC, Inc. ) | |
| ) | |
| Defendants. ) | |

THIS MATTER is before the Court on the counterclaim of the Defendants based on a breach of contract. The Court finds that the parties have come to a resolution of this matter and desire to memorialize their agreement in a judgment by consent. IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED as follows:

1. That judgment in the amount of $50,000.00 is hereby entered against the Plaintiff, Chase Stuart Walker, in favor of Defendant Magic Auto Touch Up, Inc.

2. That the Plaintiff hereby waives any and all right and interest in any contract between any Defendants and Certified Plus, Inc..

3. That the Plaintiff hereby waives any and all right to pursue an appeal of this action.

4. The Defendants do not waive their right to pursue a claim for attorney fees and costs arising out of this action; however, the Court specifically makes no finding in this Order about the merits of any such claims.

1

WE AGREE:

_____ Dated: 11-9-2010
Chase Stuart Walker, Plaintiff

_____ Dated: 11-9-10
D. Rodney Kight, Jr., Attorney for
the Plaintiff

_____ Dated: 11/9/10
Charles R. ("Chuck") White, Defendant

_____ Dated: 11/9/10
Sprayless Scratch Repair, by Charles R.
("Chuck") White, Defendant

_____ Dated: 11/9/10
Magic Auto Touch Up, Inc., by Charles
R. ("Chuck") White, Defendant

_____ Dated: 11/9/10
Magic Auto Touch Up, by Charles R.
("Chuck") White, Defendant

_____ Dated: 11/9/10
Sprayless Scratch Repair, Inc., by
Charles R. ("Chuck") White, Defendant

_____ Dated: 11/9/10
CPBBC, Inc., by Charles R. ("Chuck")
White, Defendant

_____ Dated: 11-9-2010
Joy McIver, Attorney for the Defendants

SO ORDERED this 9th day of November, 2010.

_____
THE HONORABLE GRAHAM C. MULLEN,
SENIOR DISTRICT JUDGE PRESIDING

2